[No. 27428-1-II.  Division Two.  August 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHARLES KINNAMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 01-1-00031-7, F. Mark McCauley, J., entered May 29, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[Nos. 27544-9-II; 27614-3-II.  Division Two.  August 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE DEYMON PRICE, *Defendant*, GARY CLOWER, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 00-1-05065-0, Terry D. Sebring, J., entered June 20, 2001. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 27566-0-II.  Division Two.  August 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANA LYNN HEIN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00577-2, Anna M. Laurie, J., entered July 9, 2001. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.